IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SOLOMON LEE a/k/a Solomon Millsap                                              PLAINTIFF

VS.                                  Case No. 06-CV-4028

SANDRA BROWN, Security Officer,
Varner Supermax Unit, et al.                                                   DEFENDANTS

## **ORDER**

     Before the Court is the Report and Recommendation filed May 3, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6) Plaintiff has timely filed his objections to the Report and Recommendation. (Doc. 7) Judge Shepherd recommends that this case be transferred pursuant to 28 U.S.C. § 1406(a) to the Eastern District of Arkansas because venue is proper in that district under 28 U.S.C. § 1391. After reviewing the record *de novo*, the Court adopts the Report and Recommendation as its own. The Court finds this case should be and hereby is transferred to the United States District Court for the Eastern District of Arkansas.

     IT IS SO ORDERED, this 25th day of May, 2006.

                                            /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            U.S. District Court